No. 72–138. ANDERSON ET AL. *v.* LECON PROPERTIES, INC. C. A. 8th Cir. Certiorari denied. 

No. 72–139. PEARSON *v.* FLORIDA; and

No. 72–140. PEARSON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. Reported below: 254 So. 2d 573.

No. 72–143. BRATRUD *v.* DUNNING, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. 

No. 72–144. WEST TENNESSEE ACLU ET AL. *v.* CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–155. BALLANTYNE *v.* CENTRAL RAILROAD OF NEW JERSEY. C. A. 3d Cir. Certiorari denied. 

No. 72–161. ROSE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. 

No. 72–162. DODSON ET AL. *v.* GRAHAM ET AL. C. A. 5th Cir. Certiorari denied. 

No. 72–170. MOORE *v.* BOARD OF TRUSTEES, CARSON-TAHOE HOSPITAL, ET AL. Sup. Ct. Nev. Certiorari denied. 

No. 72–203. LITTON BUSINESS SYSTEMS, INC. *v.* MONROE LODGE No. 770, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO. C. A. 4th Cir. Certiorari denied.

No. 72–230. FREESE, EXECUTRIX *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.